**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 22-CR-187 (TNM)** |
| **JAMES HONESTY,** | |
| **Defendant.** | |

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplemental sentencing memorandum related to the revised presentence investigation report ("Revised PSR") filed on February 28, 2024 at ECF No. 63.

On January 26, 2024, the parties appeared for sentencing in this matter. At that hearing, a United States Probation Officer proffered that Defendant James Honesty's sentencing guidelines are significantly higher due to his status as a Career Offender pursuant to United States Sentencing Guidelines § 4B1.2(c). The sentencing was then continued by the Court to March 11, 2024, with supplemental sentencing memoranda due by February 26, 2024, which was subsequently extended to March 1, 2024.

The Revised PSR does not reflect that defendant Honesty is a Career Offender under the United States Sentencing Guidelines. The United States does not have objections to the advisory guidelines range as calculated in the Revised PSR.

                                                                       Respectfully submitted,

                                                                       MATTHEW M. GRAVES
                                                                       UNITED STATES ATTORNEY
                                                                       D.C. Bar No. 481052

*/s/ Justin F. Song*
Justin F. Song
N.Y. Bar No. 5626379
Assistant United States Attorneys
601 D Street N.W.
Washington, D.C. 20530
202-227-9109
Justin.Song@usdoj.gov

*/s/ Colin Cloherty*
Colin Cloherty
D.C. Bar No. 1048977
Assistant United States Attorneys
601 D Street N.W.
Washington, D.C. 20530
202-815-8979
Colin.Cloherty@usdoj.gov